# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| Uber, Inc., a New York corporation, individually and as representative of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>Nationwide Mutual Insurance Company, an Ohio corporation, dba Nationwide;<br><br>       Defendant. | Case No. 2:18-CV-648<br><br>Judge:  Edmund A. Sargus, Jr.<br><br>**Stipulation and Order Dismissing Action** *Without Prejudice* |

      Plaintiff, Uber, Inc., and Defendant, Nationwide Mutual Insurance Company dba Nationwide, as the parties to this case, hereby stipulate, through their counsel of record, that the above-captioned putative class action be dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a).  This action shall be deemed dismissed *without prejudice* upon entry of the Court's order on this stipulation.  Plaintiff and Defendant also stipulate that each party shall bear its own costs and attorneys' fees in connection with this action.

DATED:  September 27, 2018  /s/  Robert E. DeRose II
Robert E. DeRose II (OH Bar No. 0055214)
BARKAN MEIZLISH HANDELMAN
GOODIN DEROSE WENTZ, LLP
250 East Broad Street, 10th Floor
Columbus, OH 43215
Telephone:  (614) 221-4221
Facsimile:  (614) 744-2300
Email:  bderose@barkanmeizlish.com

Trial Attorney for UBER, INC.,
a New York corporation


DATED:  September 27, 2018  /s/  Damon Rubin
C. Darryl Cordero (CA Bar No. 126689)*
Damon Rubin (CA Bar No. 186504)*
PAYNE & FEARS LLP
400 Continental Blvd., Suite 600
El Segundo, CA 90245
Telephone:  (310) 689-1750
Facsimile:  (310) 689-1755
Email:  cdc@paynefears.com
Email:  dr@paynefears.com

Attorneys for UBER, INC.,
a New York corporation

*  Admitted *pro hac vic*

DATED:  September 27, 2018    /s/  Frank F. Owen
Frank F. Owen (FL Bar No. 702188)*
FRANK OWEN & ASSOCIATES PA
1091 Ibis Avenue
Miami Springs, FL 33166
Telephone:  (954) 964-8000
Email:  FFO@CastlePalms.com

Attorney for UBER, INC.,
a New York corporation

*  Admitted *pro hac vice*


DATED:  September 27, 2018    /s/  J. Todd Kennard
J. Todd Kennard (OH Bar No. 0068441)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
Email:  jtkennard@jonesday.com

Trial Attorney for NATIONWIDE
MUTUAL INSURANCE COMPANY,
an Ohio corporation, dba Nationwide


**SO ORDERED**.

Dated:  September ___, 2018
Columbus, Ohio                                                     _____
                                                                                   HON. EDMUND A. SARGUS, JR.
                                                                                   United States District Judge

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed through the Court's ECF system on September 27, 2018, notice of which will be sent electronically to all counsel of record.

>  */s/ Damon Rubin*
>  Damon Rubin

4825-9328-3186.6