# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Uber, Inc., a New York corporation, individually and as representative of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Nationwide Mutual Insurance Company, an Ohio corporation, dba Nationwide;<br><br>　　　　Defendant. | Case No. 2:18-CV-648<br><br>Judge: Edmund A. Sargus, Jr.<br><br>**Stipulation and Order Dismissing Action** *Without Prejudice* |

　　　　Plaintiff, Uber, Inc., and Defendant, Nationwide Mutual Insurance Company dba Nationwide, as the parties to this case, hereby stipulate, through their counsel of record, that the above-captioned putative class action be dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a). This action shall be deemed dismissed *without prejudice* upon entry of the Court's order on this stipulation. Plaintiff and Defendant also stipulate that each party shall bear its own costs and attorneys' fees in connection with this action.

DATED: September 27, 2018     /s/ *Robert E. DeRose II*
<br>Robert E. DeRose II (OH Bar No. 0055214)
<br>BARKAN MEIZLISH HANDELMAN
<br>GOODIN DEROSE WENTZ, LLP
<br>250 East Broad Street, 10th Floor
<br>Columbus, OH 43215
<br>Telephone: (614) 221-4221
<br>Facsimile: (614) 744-2300
<br>Email: bderose@barkanmeizlish.com

Trial Attorney for UBER, INC.,
a New York corporation


DATED: September 27, 2018     /s/ *Damon Rubin*
<br>C. Darryl Cordero (CA Bar No. 126689)*
<br>Damon Rubin (CA Bar No. 186504)*
<br>PAYNE & FEARS LLP
<br>400 Continental Blvd., Suite 600
<br>El Segundo, CA 90245
<br>Telephone: (310) 689-1750
<br>Facsimile: (310) 689-1755
<br>Email: cdc@paynefears.com
<br>Email: dr@paynefears.com

Attorneys for UBER, INC.,
a New York corporation

\* Admitted *pro hac vic*

2

DATED: September 27, 2018    /s/ Frank F. Owen
                                           Frank F. Owen (FL Bar No. 702188)*
                                           FRANK OWEN & ASSOCIATES PA
                                           1091 Ibis Avenue
                                           Miami Springs, FL 33166
                                           Telephone: (954) 964-8000
                                           Email: FFO@CastlePalms.com

                                           Attorney for UBER, INC.,
                                           a New York corporation

                                           * Admitted *pro hac vice*


DATED: September 27, 2018    /s/ J. Todd Kennard
                                           J. Todd Kennard (OH Bar No. 0068441)
                                           JONES DAY
                                           325 John H. McConnell Blvd., Suite 600
                                           Columbus, Ohio 43215
                                           Telephone: (614) 469-3939
                                           Facsimile: (614) 461-4198
                                           Email: jtkennard@jonesday.com

                                           Trial Attorney for NATIONWIDE
                                           MUTUAL INSURANCE COMPANY,
                                           an Ohio corporation, dba Nationwide


**SO ORDERED.**

Dated: September ___, 2018
Columbus, Ohio

                                                                                   HON. EDMUND A. SARGUS, JR.
                                                                                  United States District Judge